**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**F I L E D**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

10/6/2021

**JEFFREY P. ALLSTEADT, CLERK**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| | ) | Bankruptcy Number: |
| Debtor(s) | ) | |
| | ) | |
| | ) | Adversary Number: |
| Plaintiff(s) | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

**NOTICE OF HEARING OF RULE TO SHOW CAUSE**
(Electronic Filing of Bankruptcy Pleadings)

**To:**                              **Re: Docket Entry Number(s):**

    It appearing to the Clerk of the Court that: (1)

was not filed electronically as required by Federal Rule of Bankruptcy Procedure 5005(a)(2) and Local Bankruptcy Rule 5005-1(B); and (2) that counsel failed to comply with these rules.

    You are hereby directed to appear before the **Honorable Judge A. Benjamin Goldgar**, or any judge sitting in his place, **at 10:00 a.m. on Monday,**                    , to show cause why counsel should not be held in contempt of court.

    **This matter will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on this matter, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/.  Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and password.

**Meeting ID and password**.  The meeting ID for this hearing is **161 500 0972** and the password is **726993**.  The meeting ID and password can also be found on the judge's page on the court's web site.

**Any failure to comply with this notice** may result in imposition of sanctions to enforce compliance (not to exceed $500 per day) or compensate the clerk of court for the additional expenses incurred as a result of the failure to file the pleading electronically.


Dated:                                                                                  Jeffrey P. Allsteadt
                                                                                                  Clerk of the U.S. Bankruptcy Court

# CERTIFICATE OF SERVICE

I certify that I caused to be served the attached **RULE TO SHOW CAUSE** to the party

**Dated:**                              **Deputy Clerk:**

Last Updated: 11/23/2020 (SB) (Adversary)